IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WALTER S. ROBEY                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 2:12CV101-SA-SAA

CLEVELAND SCHOOL                                                                              DEFENDANTS
DISTRICT, et al.

## FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion to Alter or Amend Judgment [44] is GRANTED, Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 25th day of October, 2013.

                                         **/s/ Sharion Aycock**
                                         **U.S. DISTRICT JUDGE**